AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)          ☐ Original  ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT

**6/11/2025**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MMC _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California



**FILED**
CLERK, U.S. DISTRICT COURT

6/11/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: Velma Munve DEPUTY

|  |  |
|---|---|
| United States of America | |
| v. | Case No.  2:25-MJ-03576-DUTY |
| Esteban Armenta ARIAS, | |
| Defendant | |

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 10, 2025 in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) | Assault on a Federal Officer |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*/s/ Thomas J. Vasquez*
*Complainant's signature*

_____
Thomas J. Vasquez, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  _____ 6/11/25 _____

_____
*Judge's signature*

City and state:  _____ Los Angeles, California _____

_____
Hon. Charles F. Eick, U.S. Magistrate Judge
*Printed name and title*

AUSA: Matthew J. Tako (x0705)

**AFFIDAVIT**

I, Thomas J. Vasquez, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1.    This affidavit is made in support of a criminal complaint against, and arrest warrant for, Esteban Armenta ARIAS for a violation of Title 18, United States Code Section 111(a) (Assault on a Federal Officer), a misdemeanor.

2.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and all dates and times are on or about those indicated.

## II. TRAINING AND EXPERIENCE OF SPECIAL AGENT THOMAS VASQUEZ

3.    I am a Special Agent ("SA") with the United States Department of Homeland Security, Federal Protective Service ("FPS").  I have been in this position since August 2017.  As a SA, my official duties are to investigate crimes against the United States that originate on or have a nexus to United States government properties or employees, including assault on government officials.  I also investigate theft of government property, threats to government officials, impersonation of

government officials, arson, prohibited firearm possession on government property, and narcotic-related offenses.  Since 2017, I have conducted numerous criminal investigations, especially assaults on government officials, threats against federal officials and depredation of government property, and have received trainings on criminal investigations and assault on government official cases.

4.    From 2013 to July 2017, I was a uniformed law enforcement officer with FPS.  In that position, I conducted various preliminary investigations, including assault on government contractors.  Also, I was responsible for responding to crimes in progress at FPS protected facilities such as threats to government employees, possession of narcotics, theft of government property, civil disturbances, and depredation of government property.  I received trainings on how to conduct preliminary assault on government official investigations.

## III.  STATEMENT OF PROBABLE CAUSE

5.    Based on my review of video surveillance footage, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

### A.    Protest in Downtown Los Angeles

6.    On June 10, 2025, a large group of protesters were gathered near the parking garage entrance of the Roybal Federal Building and U.S. Courthouse ("Roybal") which is located at 255 E. Temple St., Los Angeles, CA 90012. Specifically, the protesters were gathered on Alameda St. between Temple St. and Aliso St.  Various entrances to Roybal clearly indicate that it

is a federal building (i.e., on the Temple side of the building
the words "EDWARD R. ROYBAL FEDERAL BUILDING" are visible on the
façade).  Nearby Roybal on Alameda St. is a Bureau of Prisons
facility, Metropolitan Detention Center – Los Angeles, which is
another federal facility.  Various protests have occurred in
downtown Los Angeles for several days.  This group of
individuals appeared to be gathering to protest federal
immigration enforcement operations that took place over the
weekend of June 6, 2025.

    7.   The Army National Guard, Customs and Border Protection
("CBP") Special Response Team, and FPS Officers were assigned to
protect Roybal.

    8.   There was a large crowd who began blocking the vehicle
entrances that led to Roybal's parking garage. At approximately
1:53 p.m., an announcement was given to the crowd not to block
the vehicle entrance to the facility. Various personnel within
the crowd were yelling obscenities to the personnel assigned to
protect the entrance to Roybal and its parking garage.  The size
of the group continued to increase and became agitated when the
vehicle entrance was cleared so a law enforcement convoy could
enter the parking garage. At 1:57 p.m., it was reported that a
demonstrator threw a mortar in the crowd. At 1:58 p.m., less
than lethal countermeasures were deployed by CBP and FPS.

    **B.   ARIAS Assaults Federal Officer**

    9.   Also on June 10, 2025, I reviewed video surveillance
footage from that same day of a male wearing a long-sleeve white
shirt, black pants, black hat, and black shoes, with a Mexican

flag-patterned facemask, later identified as ARIAS.  ARIAS was
standing on Alameda St. with the group of protesters holding a
white sign near the parking entrance of Roybal. At approximately
1:58 p.m., upon federal officers clearing a path for a vehicle
convoy entering the parking garage entrance for the Roybal
Federal Building and U.S. Courthouse, ARIAS retrieved an object
from the ground and threw the object at CBP Officer W.L., who
was holding his riot control shield in front of him. The object
struck the shield of the Officer W.L. Various law enforcement
officers also reported they observed ARIAS pickup an object from
the ground and throw it towards the law enforcement officers
securing the parking garage entrance.

    **C.    ARIAS Speaks In A <u>Mirandized</u> Interview**

    10.  Later that day, ARIAS was taken into custody and
transported to the FPS holding cell located at 300 N. Los
Angeles St., B-199, Los Angeles, CA 90012.  ARIAS appeared to be
most proficient in Spanish, so I read his post-<u>Miranda</u> Rights
advisement utilizing an FPS contracted Spanish translator via
FPS Dispatch. ARIAS waived his rights and agreed to speak. ARIAS
stated he attended the protest as both his parents are illegal
aliens who reside in Mexico. ARIAS stated his spouse was struck
by the officers at the protest. ARIAS stated he was also struck
by officers and showed me welches on his body from the impact of
the less-lethal munitions. ARIAS became upset and admitted to
retrieving a water bottle from the ground and throwing it
towards the officers. ARIAS stated he was sorry.

## IV. <u>CONCLUSION</u>

11.  For all the reasons described above, there is probable cause to believe that ARIAS violated Title 18, United States Code Section 111(a) (Assault on a Federal Officer), a misdemeanor.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 11th day of
June, 2025.

_____
HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE