**FILED**
CLERK, U.S. DISTRICT COURT

6/18/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MMC\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ESTEBAN ARMENTA ARIAS,<br>　aka "Esteban Arias Armenta,"<br><br>　　　　Defendant. | CR No. 2:25-CR-00502-JAK<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 111(a)(1): Simple Assault on Federal Officer] |

　　The United States Attorney charges:

　　　　　　　　[18 U.S.C. § 111(a)(1)]

　　On or about June 10, 2025, in Los Angeles County, within the Central District of California, defendant ESTEBAN ARMENTA ARIAS, also known as "Esteban Arias Armenta," intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim W.L., an employee of United States Customs and Border Patrol, while

//

//

W.L. was engaged in, and on account of, the performance of W.L.'s official duties.

BILAL A. ESSAYLI
United States Attorney

*/s/ Frances S. Lewis*

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes
   Section

MATTHEW J. TAKO
Assistant United States Attorney
General Crimes Section